IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:16-cr-00215-KJM-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| JOSE DOLORES LOPEZ PINA, | ) | |
| Defendant. | ) | |

The court relieved Mr. Lopez Pina's appointed CJA panel attorney, Dustin D. Johnson, on January 16, 2019 and referred the matter to the CJA Panel Administrator. CJA Panel attorney Shari Rusk accepted appointment and is hereby appointed effective January 17, 2019, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 1/24/2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge