UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DOLORES LOPEZ PINA,<br><br>Defendant. | No. 2:16CR00215-KJM<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JOSE DOLORES LOPEZ PINA;

Case No. 2:16CR00215-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

            __ Unsecured Appearance Bond

            __ Appearance Bond with 10% Deposit

            __ Appearance Bond with Surety

            __ Corporate Surety Bail Bond

    _X_ (Other): <u>Time Served.</u>

Issued at Sacramento, California on <u>July 12, 2021</u>, at <u>10:06 AM</u>

.

_____
CHIEF UNITED STATES DISTRICT JUDGE