PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO ROCHIN, and<br>JOSE DOLORES LOPEZ PINA,<br><br>Defendants. | 2:16-CR-00215-KJM<br><br>FINAL ORDER OF FORFEITURE |

On or about December 19, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and ~~by~~ defendant Armando Rochin forfeiting to the United States the following property:

    a.    Approximately $124,085.00 in U.S. Currency.

On or about June 2, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Jose Dolores Lopez Pina forfeiting to the United States the following property:

    a.    Approximately $124,085.00 in U.S. Currency, and

    b.    Approximately $7,985.01 in U.S. Currency.

Beginning on January 4, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Armando Rochin on the official internet government forfeiture site www.forfeiture.gov. Beginning on June 4, 2021, for at least 30 consecutive days, the United States

published notice of the Court's Order of Forfeiture regarding Jose Dolores Lopez Pina on the official internet government forfeiture site www.forfeiture.gov.  Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a. Erik Garibay:  A notice letter was sent via certified mail to Erik Garibay at 1704 Coulston Street, Loma Linda, CA 92354 on January 8, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on January 13, 2021.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Armando Rochin, Jose Dolores Lopez Pina, and Erik Garibay:

    a. Approximately $124,085.00 in U.S. Currency, and
    b. Approximately $7,985.01 in U.S. Currency.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 11th day of August 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE